## MICHELE ROOS *v.* DALE ROOS, SR.

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 415 (AC 24537), is denied.

*Daniel H. Kryzanski*, in support of the petition.

*Marianne J. Charles*, in opposition.

Decided October 19, 2004